IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Jose A. Bustos, #243392,            )
                                    )
            Plaintiff,              )   C.A. No. 3:09-1760-HMH-JRM
                                    )
      vs.                           )   **OPINION & ORDER**
                                    )
Margaret A. Chamberlain, Esquire;   )
Chamberlain Law Firm,               )
                                    )
            Defendants.             )

This matter is before the court with the Report and Recommendation of United States Magistrate Judge Joseph R. McCrorey, made in accordance with 28 U.S.C. § 636(b)(1) (2006) and Local Civil Rule 73.02 of the District of South Carolina.[1] Jose A. Bustos ("Bustos"), a state prisoner proceeding pro se, brought an action under 42 U.S.C. § 1983 alleging malpractice against the Defendants. In his Report and Recommendation, Magistrate Judge McCrorey recommends dismissing the complaint without prejudice and without issuance and service of process.

Bustos filed objections to the Report and Recommendation. Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. See United States v. Schronce,

_____

[1] The recommendation has no presumptive weight, and the responsibility for making a final determination remains with the United States District Court. See Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the magistrate judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1) (2006).

1

727 F.2d 91, 94 & n.4 (4th Cir. 1984). In the absence of <u>specific</u> objections to the Report and Recommendation of the magistrate judge, this court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

Upon review, the court finds that Bustos's objections are non-specific, unrelated to the dispositive portions of the magistrate judge's Report and Recommendation, or merely restate his claims. Further, Bustos's request for a refund of the filing fee is denied. Therefore, after a thorough review of the magistrate judge's Report and the record in this case, the court adopts Magistrate Judge McCrorey's Report and Recommendation.

Therefore, it is

**ORDERED** that Bustos's complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

                                                                  s/Henry M. Herlong, Jr.
                                                                  Senior United States District Judge

Greenville, South Carolina
August 27, 2009

### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.